# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 778 |
| | : | |
| APPOINTMENT TO THE COMMITTEE | : | SUPREME COURT RULES DOCKET |
| ON RULES OF EVIDENCE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of September, 2018, Jane Smedley Anzalone, Esquire, Luzerne County, is hereby appointed to the Committee on Rules of Evidence for a term expiring October 1, 2019.